UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS ARROLIGA,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

Defendant.

Case No. 26-cv-12376-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge James Donato for consideration of whether the case is related to *Oscar Adams v. Federal Express Corp.*, 26-9686.

**IT IS SO ORDERED.**

Dated: October 23, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California