United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FISHER,<br>Plaintiff,<br>v.<br>FEDERAL EXPRESS CORPORATION,<br>Defendant. | Case No. 26-cv-12378-LJC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable James Donato for consideration of whether the case is related to 3:26-cv-09686-JD, *Adams v. Federal Express Corporation*.

**IT IS SO ORDERED.**

Dated: October 23, 2026

LISA J. CISNEROS
United States Magistrate Judge