UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN ANCAR,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

Defendant.

Case No. 26-cv-12375-TSH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable James Donato for consideration of whether the case is related to *Adams v. Federal Express Corporation*, 26-cv-09686-JD.

**IT IS SO ORDERED.**

Dated: October 23, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California