United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LEI LIU,<br>Plaintiff,<br>v.<br>FEDERAL EXPRESS CORPORATION,<br>Defendant. | Case No. 26-cv-12380-PHK<br><br>***SUA SPONTE* JUDICIAL REFERRAL ORDER** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable James Donato for consideration of whether this case is related to *Oscar Adams v. Federal Express Corp.*, Case No. 3:26-cv-09686-JD.

**IT IS SO ORDERED.**

Dated: October 23, 2026

PETER H. KANG
United States Magistrate Judge