UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWIT HAILEMARIAM,<br>Plaintiff,<br>v.<br>FEDERAL EXPRESS CORPORATION,<br>Defendant. | Case No. 26-cv-12521-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable James Donato for consideration of whether the case is related to 26-cv-09686-JD, *Adams v. Federal Express Corporation*.

**IT IS SO ORDERED.**

Dated: October 27, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California